*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, GANNON
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Brynt D. MERRITT**
Logistics Specialist Petty Officer First Class (E-6), U.S. Navy
*Appellant*

**No. 202400439**

————————————

Decided: 30 June 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Philip J. Hamon

Sentence adjudged 23 August 2024 by a general court-martial tried at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-4, confinement for six months, and a bad-conduct discharge.[1]

For Appellant:
*Kimberly D. Hinson*

————————————

[1] Pursuant to the Pretrial Agreement in this case, the bad-conduct discharge is suspended for a period of 12 months, at which time the suspended discharge will be remitted.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.